# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-4395__ as

[ ] Retained  [✓] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Christian Johnson__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

Paul G. Watson IV
Name (printed or typed)

757-678-0044
Voice Phone

_____
Firm Name (if applicable)

757-678-9031
Fax Number

P.O. Box 600

Eastville, VA 23347
Address

pgwatson4@gmail.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __6/4/2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Howard J. Zlotnick, MAUSA
721 Lakefront Commons, Suite 300
Newport News, VA 23606

_Signature_                                    __6/4/13__
                                               Date

11/17/2011
SCC